No. 1075. ZUBIK ET AL. *v.* ZUBIK ET AL., EXECUTORS. C. A. 3d Cir. Certiorari denied. *Norman J. Cowie* and *Douglas A. Jacobsen* for petitioners. *Benjamin F. Stahl, Jr.,* for respondents.

No. 1078. LOUIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Norman D. Lane* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1079. F. E. MYERS & BRO. CO. *v.* FMC CORP. C. A. 6th Cir. Certiorari denied. *Everett R. Hamilton* for petitioner. *Thomas O. Herbert* and *John C. Oberlin* for respondent.

No. 1080. HEWLETT-PACKARD CO. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Graham B. Moody, Jr.,* for petitioners. *Solicitor General Griswold* for the United States.

No. 1084. NATIONAL GYPSUM CO. ET AL. *v.* UNITED STATES GYPSUM CO. C. A. 7th Cir. Certiorari denied. *Charles J. Merriam* for petitioners. *Charles M. Price, James G. Hiering* and *Albert H. Pendleton* for respondent.

No. 1085. ALLISON *v.* OVENS. Sup. Ct. Ariz. Certiorari denied. *Neal P. Rutledge* for petitioner. *Mark Wilmer* for respondent.

No. 1096. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James G. Andrews, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.